Appeal No. 1. No opinion. Appeal dismissed on reargument, with $10 costs and disbursements. See, also, 133 N. Y. Supp. 62.

UNION BANK OF BROOKLYN, Respondent, v. SCHNEIDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by the Union Bank of Brooklyn against David Schneider and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, 131 N. Y. Supp. 1148.

UNION WAXED & PARCHMENT PAPER CO., Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by the Union Waxed & Parchment Paper Company against Frank J. Gardner. J. Deyo, for appellant. L. L. Gilbert, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to serve amended answer, on payment of costs in this court and in the court below. Order filed. See, also, 132 N. Y. Supp. 1149.

VAN CORTLANDT v. DE GRAFFENRIED. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Gertrude Van Cortlandt against Raoul De Graffenried. No opinion. Motion granted, and question certified. Order filed. See, also, 132 N. Y. Supp. 1107.

VAN GAASBEEK, Respondent, v. TISDALE LUMBER CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Richard M. Van Gaasbeek against the Tisdale Lumber Company, and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re VILLAGE OF BRONXVILLE. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of the application of the Village of Bronxville for a writ of certiorari, directed to Frank W. Stevens and others, as commissioners, etc., to compel acceptance by the New York Central & Hudson River Railroad Company of notice of appeal, etc. No opinion. Motion to compel acceptance of notice of appeal denied, without costs. See, also, infra.

In re VILLAGE OF BRONXVILLE. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) In the matter of the appeal by the Village of Bronxville from a decision and determination of the Public Service Commission, etc., of a petition of the New York Central & Hudson River Railroad Company as to the elimination of a grade crossing in said village, etc. No opinion. Motion denied, without costs. See, also, supra.

VON MUNCHOW, Respondent, v. MORTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Emma Von Munchow against Eliza A. Morton. No opinion. Order affirmed, with $10 costs and disbursements, and motion denied, without costs.

WALLACE v. CITY OF NIAGARA FALLS et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Mathilde C. Wallace against the City of Niagara Falls and others. No opinion. Order affirmed, with $10 costs and disbursements to abide event, without prejudice to a renewal of the motion if the plaintiff shall refuse to try the case at the next Special Term.

WALRATH, Respondent, v. HANOVER FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Charles M. Walrath against the Hanover Fire Insurance Company. No opinion. Reargument ordered. See, also, 139 App. Div. 407, 124 N. Y. Supp. 54.

WALSH, Respondent, v. AMERICAN LEAD PENCIL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Mary Walsh against the American Lead Pencil Company. Appeal No. 1.

PER CURIAM. Order vacating order requiring plaintiff to furnish security for costs reversed, with $10 costs and disbursements, and order reinstated, upon the ground that it appears by a fair preponderance of evidence that the plaintiff was not a resident of the state of New York when the action was commenced.

HIRSCHBERG, J., dissents.

WALSH, Respondent, v. AMERICAN LEAD PENCIL CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Mary Walsh against the American Lead Pencil Company. Appeal No. 2.

PER CURIAM. Order denying motion to change place of trial to New York County reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the ground that plaintiff was not a resident of this state when the action was commenced, and that defendant is a domestic corporation having its office and place of business in the county of New York.

HIRSCHBERG, J., dissents.

WALSTEIN, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Edward Walstein against the International Railway Company. No opinion. Order affirmed, with costs.

WANDS v. POUND et al. (Supreme Court, Appellate Division, Fourth Department. Oc-

tober, 1911.) Action by Aaron M. Wands against George W. Pound and others.

PER CURIAM. Order affirmed with $10 costs and disbursements.

ROBSON, J., dissents.

WARE et al., Respondents, v. HICKS et al., Appellants. (Supreme Court, Appellate Division, Second Department, March 15, 1912.) Action by William R. Ware and others against Isabel Hicks and another. No opinion. Judgment affirmed, with costs.

WATRAL v. ST. MATTHEWS SOCIETY. (Supreme Court, Appellate Term. March 8, 1912.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by George Watral against Saint Matthews Society. From a judgment of the Municipal Court of the City of New York in favor of the plaintiff, defendant appeals. Reversed, and complaint dismissed. Robson & Simpson, for appellant. Isidor L. Daniels, for respondent.

SEABURY, J. Plaintiff sues to recover for extra work, which he alleges he performed while he was president of the defendant society. The pleadings were oral. The plaintiff failed to prove any contract with the defendant, or to establish any cause of action whatever. Judgment reversed, with costs, and complaint dismissed, with costs. All concur.

WATSON, Respondent, v. LUCIOS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Henry W. Watson, as committee, etc., of Evalena Beadle, an incompetent person, against one Lucios. No opinion. Order affirmed, with $10 costs and disbursements.

WATSON, Respondent, v. PRINCE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Elizabeth Watson against Esther J. Prince and others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

SPRING, J., dissents.

WEAVER v. WEAVER et al. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Appeal from Special Term, New York County. Action by Ethel D. Weaver against George Weaver individually, etc., and others. From a judgment dismissing the complaint on the merits, plaintiff appeals. Modified and affirmed. A. Walker Otis, for appellant. Charles Brandt, for respondents.

PER CURIAM. The judgment should be modified, by striking out all provisions after the dismissal of the complaint, with costs, upon the ground that the decree of the surrogate is

a binding adjudication affecting the personal property of the decedent, and, as so modified, the judgment should be affirmed, without costs.

WEBB, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department, March 15, 1912.) Action by Charles H. Webb against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the issues should have been submitted to the jury.

JENKS, P. J., and HIRSCHBERG, J., dissent.

WELLS et al., Respondents, v. DUNLOP et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Oliver J. Wells and others against Eliza C. Dunlop and others, as executors, etc. E. S. Clinch, for appellants. H. H. Snedeker, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

WEXLER v. BRAILE et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Adolf Wexler against Angelo Braile and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

WHITE, Respondent, v. SCHWEITZER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by William E. White against Nathan Schweitzer and others. No opinion. Motion for reargument (of 132 N. Y. Supp. 644) denied, without costs.

WHITELAW, Appellant, v. WALTHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Alexander G. Whitelaw, as trustee, etc., against Frank G. Walther and another. No opinion. Motion denied, without costs, on condition that appellant within 20 days perfect his appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

In re WHITTEMORE. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) In the matter of the judicial settlement of the account of Fannie A. Whittemore, as executrix of the will of Edward C. Whittemore, deceased.

PER CURIAM. Decree modified, so as to provide that Fannie A. Whittemore shall hold the balance of the estate in her hands, being the sum of $11,650.29, as executrix, without the giving of security, and striking therefrom